IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CLEAR WITH COMPUTERS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FISHING HOLDINGS, LLC DBA RANGER BOATS,<br><br>        Defendant. | Civil Action No. 6:13-CV-161-LED<br>**LEAD CASE** |
| CLEAR WITH COMPUTERS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MANITOWOC CRANES, LLC,<br><br>        Defendant. | Civil Action No. 6:13-CV-178<br>**MEMBER CASE** |

## **ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Agreed Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Clear With Computers, LLC and defendant Manitowoc Cranes, LLC in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Clear With Computers, LLC and defendant Manitowoc Cranes, LLC are hereby dismissed with prejudice and all defenses of Defendant are dismissed without prejudice subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated June 27, 2014.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them unless otherwise agreed by the parties.

**So ORDERED and SIGNED this 22nd day of July, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**