**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CLEAR WITH COMPUTERS, LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:12-CV-622 LEAD CASE |
| AGCO CORPORATION, | § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| CLEAR WITH COMPUTERS, LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:13-CV-161 LEAD CASE |
| FISHING HOLDINGS, LLC dba RANGER BOATS, | § § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

By prior Orders, all claims against all Defendants in the above-captioned suits have been dismissed. Accordingly, the Court hereby enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. Except as otherwise provided by previous Court Order, all costs are to be borne by the party that incurred them. The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 4th day of August, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**